# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KAREN LYNCH,<br><br>      Plaintiff,<br><br>v.<br><br>JOHNSON CONTROLS, INC.,<br><br>      Defendant. | Case No. 15-CV-630-JPS<br><br>JUDGMENT |

Decision by Court. This action came on for consideration before the Court and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss (Docket #19) be and the same is hereby GRANTED;

  IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's complaint (Docket #1) be and the same is hereby DISMISSED without prejudice; and

  IT IS FURTHER ORDERED AND ADJUDGED that this action be and the same is hereby DISMISSED.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

August 12, 2016   s/Nancy A. Monzingo_____
Date        By: Deputy Clerk